IZAZES v. STATE OF INDIANA.

[No. 24,133.   Filed May 18, 1923.]

INTOXICATING LIQUOR.—*Sale.*—*Evidence.*—Upon a charge of sell-
ing intoxicating liquor, to wit, whisky, evidence of a wit-
ness, in answer to a question whether he bought whisky of
defendant, stating that he bought half a pint for two dollars
and a half, was sufficient to sustain a finding that the liquor
sold was whisky, and that it was intoxicating.

From Marion Criminal Court (52,210); *James A.
Collins,* Judge.

Prosecution by the State of Indiana against Abraham
Izazes for selling intoxicating liquor. From a judg-
ment of conviction, the defendant appeals. *Affirmed.*

*Claycombe, Givan & Stump* and *Clancy & Roller,* for
appellant.

*U. S. Lesh,* Attorney-General, and *Mrs. Edward
Franklin White,* Deputy Attorney-General. for the
State.

EWBANK, J.—Appellant was convicted in the city
court of Indianapolis, on an affidavit which charged
that on May 14, the month in which he was tried, he
unlawfully sold intoxicating liquor, to wit, whisky, etc.,
at Marion county, in the State of Indiana.   On appeal
to the criminal court he was again tried and convicted
four months later.   Overruling his motion for a new
trial is the only error assigned, under which appellant
challenges the sufficiency of the evidence to sustain the
finding.   The prosecuting witness answered questions
without objection as follows: "Q.   Did you ever buy
any whisky from this defendant?   A.   I bought a half
pint.   Q.   When was that?   A.   The seventh of May.
Q.   This year?   A.   Yes, this year.   Q.   State to the
court what if any money you paid for it.   A.   Two
dollars and a half.   Q.   This you have testified about

occurred in Marion county, State of Indiana? A. It did."

The form of some of these questions might have been open to objection, but no objections were made, and we think the testimony recited sustains the charge. There was other evidence that what was sold was "white mule," and that defendant called it by that name when selling it. But the evidence quoted above sustains a finding that it was whisky, and that it was intoxicating. *Hiatt* v. *State* (1920), 189 Ind. 524, 527, 127 N. E. 277.

The judgment is affirmed.